BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 7/2/2023

CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET# 21cr483 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Chris Bantis (in custody) | Nora Hirozawa, Federal Defenders |

AUSA: Lindsey Oken and Tara McGrath

Interpreter: n/a

COURT REPORTER: Sophia Nolan

Pretrial Officer: n/a

Courtroom Deputy: William Villanueva

X    PARTIES ENTER INTO A DEFERRED PROSECUTION AGREEMENT ON COUNT 1 OF THE SUPERSEDING INDICTMENT

X    COURT FINDS THAT THE DEFENDANT ENTERS THE AGREEMENT WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED.

X    SENTENCING TO BE SET AFTER PROBATION REPORT COMPLETE

X    **TIME EXCLUDED FOR THE DURATION OF THE DEFERRED PROSECUTION AGREEMENT**

Time in Court: 45 MINUTES